[No. 44843-9-I. Division One. October 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKIE DEAN ROOT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01480-2, James H. Allendoerfer, J., entered May 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45293-2-I. Division One. October 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD O. CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10238-8, Michael Hayden, J., entered August 23, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 19077-3-III. Division Three. October 3, 2000.]

MARTY D. SUNDBERG, ET AL., *Appellants*, v. JAMES W. EVANS, ET AL., *Defendants*, GRANT COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 89-2-00599-5, Kenneth L. Jorgensen, J., entered January 10, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 18235-5-III. Division Three. October 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO GARAY ALVARADO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00494-3, Evan E. Sperline, J., entered January 12, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.